IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 21-cv-03165-CNS-MEH | Date: July 24, 2024 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| MARLISA WILLIAMS<br><br>**Plaintiff**<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>**Defendant** | *Matthew Osborne*<br>*Jessica Schlatter*<br><br><br><br>*Rebecca Wagner* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 9:01 a.m.

Appearance of counsel.

Argument given on [96] Plaintiff's Motion for New Trial Under Fed. R. Civ. P. 59 by Ms. Schlatter and Ms. Wagner.

As outlined on the record it is

**ORDERED:   [96] Plaintiff's Motion for New Trial Under Fed. R. Civ. P. 59 is DENIED.**

Court in Recess: 9:59 a.m.          Hearing concluded.          Total time in Court: 00:58